# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CORRALES,<br><br>      **Plaintiff**,<br><br>   v.<br><br>SIX UNKNOWN AGENTS, et a.,<br><br>      **Defendant**s. | 1: 06 - CV - 0575 - AWI - DLB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER CLOSING ACTION |

    This action was filed by a federal inmate, and it was referred to a Magistrate Judge for pretrial proceedings. On July 14, 2006, the Magistrate Judge ordered Plaintiff to inform the court whether he intends to proceed with this action. When Plaintiff did not respond to this order in over a year, on September 28, 2007, the Magistrate Judge filed Findings and Recommendations that recommend this action be dismissed without prejudice for Plaintiff's failure to comply with a court order. The Findings and Recommendations gave notice that any party could file objections within fifteen days. No objections have been filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the entire file, the court finds the Findings and Recommendations to be supported by the record and by proper analysis. The court cannot maintain on its docket open cases where a litigant is not proceeding.

//

Accordingly, the court ORDERS that:

1. The Findings and Recommendations entered on September 28, 2007 are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice;
3. The Clerk of the Court SHALL close this file.

IT IS SO ORDERED.

**Dated:   November 27, 2007**          /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE

2